# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 3, 2024

## NO. 03-24-00261-CV

**Gossett Jones Homes, Inc., Appellant**

**v.**

**Bluebonnet Lane Cityhomes Condominium Association, Inc., Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying defendant's motion for reconsideration on motion to compel arbitration signed by the trial court on April 2, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.